Dominic G. Flamiano (SBN 142445)
LAW OFFICES OF DOMINIC G. FLAMIANO
287 17th Street, Suite 400
Oakland, CA 94612
Tel: (415) 710-6765
Fax: (510) 835-8635
e-mail: dominic@domflamlaw.com

Attorney for Defendant
WHITESTONE MANAGEMENT GROUP, LLC
Erroneously sued as WHITESTONE
MANAGEMENT INSURANCE SERVICES, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TRANSPORT INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WHITESTONE MANAGEMENT INSURANCE SERVICES, INC.,<br><br>　　　　　Defendant | Case No.: 2:08-CV-02868-FCD-GGH<br><br>STIPULATION AND ORDER TO STAY CASE PENDING RESOLUTION OF STATE OF MICHIGAN PROCEEDINGS |

**STIPULATION**

The parties agree, by and through their attorneys of record, to the entry of an Order staying his proceeding pending the resolution of the case known as <u>Lincoln General Insurance Company v. Richard Wayne Bucchare, et al. and related cross-actions</u>, State of Michigan in the Circuit Court for the County of Oakland Case Number 08-091009-CK.

IT IS SO STIPULATED:

Date:  April 8, 2009
___/s/ Dominic G. Flamiano
Dominic G. Flamiano
Attorney for Defendant
WHITESTONE MANAGEMENT GROUP, LLC

1

Erroneously sued as WHITESTONE MANAGEMENT INSURANCE SERVICES, INC

IT IS SO STIPULATED:

Date: April 8, 2009
_____/s/ David D. MacMillan__
David D. MacMillan

Attorney for Plaintiff
Transport Insurance Agency, Inc.

**ORDER**

IT IS SO ORDERED:

That this matter be stayed pending the resolution of the case known as Lincoln General Insurance Company v. Richard Wayne Bucchare, et al. and related cross-actions, State of Michigan in the Circuit Court for the County of Oakland Case Number 08-091009-CK.

Dated: April 8, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE