1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   TRANSPORT INSURANCE COMPANY,          No.  2: 08-CV-02868 KJM AC

12              Plaintiff,

13      v.                                  ORDER TO SHOW CAUSE

14   WHITESTONE MANAGEMENT
     INSURANCE SERVICES, INC.,
15
                Defendant.
16

17

18          On April 9, 2009, the court stayed this action pending the resolution of a case filed

19   in Michigan state court.   ECF No. 11.

20          On October 31, 2013, the court ordered the parties to file a joint status report.

21   Neither party has responded.

22          Accordingly, plaintiff is directed to show cause within fourteen days of the date of

23   this order why the case should not be dismissed for failing to respond to a court order.

24          IT IS SO ORDERED.

25   DATED:  July 21, 2014.

26

27                                          UNITED STATES DISTRICT JUDGE

28

                                        1